

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAURA RACHELLE AGUILAR, | § | No. 08-23-00250-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th Judicial District Court |
| RODOLFO ESQUIVEL and RICHARD AGUILAR, | § | of El Paso County, Texas |
| | § | (TC#2021DCV0951) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF AUGUST 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.